# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIGNATURE BUILDING SYSTEMS OF PENNSYLVANIA, LLC AND SIGNATURE BUILDING SYSTEMS, INC. | : : : : |
| Plaintiffs, | : 3:20-CV-2348 |
| v. | : (JUDGE MARIANI) |
| MOTORIST MUTUAL INSURANCE CO. | : : |
| Defendant. | : |

## ORDER

AND NOW, THIS 14th DAY OF MAY 2021, upon consideration of Plaintiffs Signature Building Systems of Pennsylvania, LLC and Signature Building Systems, Inc.'s "Motion to Remand" (Doc. 7) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Plaintiffs' Motion is **DENIED**.

Robert D. Mariani
United States District Judge