# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SIGNATURE BUILDING SYSTEMS OF   :
PENNSYLVANIA, LLC AND   :
SIGNATURE BUILDING SYSTEMS, INC.   :

                      :

         **Plaintiffs,**     :     3:20-CV-2348
   **v.**                      :     (JUDGE MARIANI)

                      :

**MOTORIST MUTUAL INSURANCE CO.**   :

                      :

         **Defendant.**      :

## ORDER

AND NOW, THIS 3rd DAY OF JUNE 2021, upon consideration of Defendant

Motorist Mutual Insurance Co.'s "Motion to Dismiss" (Doc. 4) and all relevant documents, for

the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY**

**ORDERED THAT** Defendant's Motion is **DENIED**.

 

Robert D. Mariani
United States District Judge