IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIGNATURE BUILDING SYSTEMS OF PENNSYLVANIA, LLC, and SIGNATURE BUILDING SYSTEMS, INC., | : : : : | No. 3:20cv2348 (Judge Munley) |
| Plaintiffs | : | |
| v. | : : | |
| MOTORISTS MUTUAL INSURANCE COMPANY, | : : : | |
| Defendant | : | |

**ORDER**

AND NOW, to wit, this 3rd day of March 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that Defendant Motorists Mutual Insurance Company's motion for summary judgment (Doc. 43) is **DENIED**.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court